IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALAN WASHINGTON, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. |
| | § | 3:16-CV-2935-L-BT |
| LORIE DAVIS, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| Respondent. | § | |

# ORDER

On the motion of Respondent, Assistant Attorney General Rachel L. Patton is WITHDRAWN and Assistant Attorney General Jessica Manojlovich is SUBSTITUTED as Attorney-in-Charge for Respondent.

IT IS SO ORDERED.

SIGNED on this the _____ day of _____, 2018.

_____
PRESIDING JUDGE